IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSSELL BERNARDINI,  No. 2:13-CV-1243-WBS-CMK-P

    Plaintiff,

  vs.  ORDER

BARAK OBAMA, et al.,

    Defendants.

_____/

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's letter to the Clerk of the Court, filed March 11, 2015, requesting that certain documents be filed under seal (Doc. 10).  The filing is construed as a request to seal documents under Eastern District of California Local Rule 141.  So construed, the request is denied because plaintiff has failed to make any showing of the statutory or factual basis to seal documents.  See Local Rule 141(b).

       IT IS SO ORDERED.

DATED: March 23, 2015

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE