IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL BERNARDINI, | No. 2:13-CV-1243-WBS-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| BARAK OBAMA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. Final judgment was entered on May 4, 2015, and the action is closed. Pending before the court is plaintiff's motion (Doc. 15) for an extension of time to file a notice of appeal. The motion is denied because plaintiff has not shown good cause or excusable neglect warranting an extension of time. See Fed. R. App. P. 4(a)(5)(A)(ii).

IT IS SO ORDERED.

DATED: July 16, 2015

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1