IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL BERNARDINI, | No. 2:13-CV-1243-WBS-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| BARAK OBAMA, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. Final judgment was entered on May 4, 2015, and the action is closed. Pending before the court is plaintiff's second request to seal documents. Because plaintiff has not set forth the statutory and/or other authority for sealing, see Local Rule 141(b), the request will be denied.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to seal documents is denied; and

2. The Clerk of the Court is directed to file on the public docket the documents received on June 5, 2015.

DATED: July 22, 2015

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE