# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSSELL BERNARDINI,  No. 2:13-CV-1243-WBS-CMK-P

    Plaintiff,

  vs.  ORDER

BARAK OBAMA, et al.,

    Defendants.

                           /

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion (Doc. 18) requesting that certain documents be filed under seal. The filing is construed as a request to seal documents under Eastern District of California Local Rule 141. So construed, the request is denied because plaintiff has failed to make any showing of the statutory or factual basis to seal documents. See Local Rule 141(b).

        Also before the court is plaintiff's motion (Doc. 19) for a certificate of appealability. The motion is denied as unnecessary because a certificate of appealability is not required to appeal a final judgment in a civil rights action under § 1983. Plaintiff's appeal has been processed to the Ninth Circuit Court of Appeals.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (Doc. 18) to file documents under seal is denied;

2. Plaintiff's motion (Doc. 19) for a certificate of appealability is denied as unnecessary; and

3. Any further filings in this closed case shall be disregarded.


DATED: July 23, 2015

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE