UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| RUSSELL L. BERNARDINI,<br><br>           Plaintiff,<br><br>   v.<br><br>BARACK OBAMA; et al.,<br><br>           Defendants. | No. 2:13-cv-1243 WBS-CMK<br><br>**Court of Appeals No. 15-16436**<br><br>**ORDER REVOKING IN FORMA PAUPERIS STATUS** |

----oo0oo----

        This matter has been referred to this court by the Clerk of the United States Court of Appeals for the Ninth Circuit for the limited purpose of determining whether in forma pauperis status should continue for plaintiff's pending appeal. A claim is legally frivolous when it lacks an arguable basis either in law or in fact. See Neitzke v. Williams, 490 U.S. 319, 325 (1989); Franklin v. Murphy, 745 F.2d 1221, 1227-28 (9th Cir. 1984).

        In this action, plaintiff names the President, the "Armed Forces," the "Pentagon," and the Sheriff of San Francisco

1

County, and claims that personnel at the San Francisco County Jail stole and routed his "information" to Osama bin Laden, and that his "information" shows that United States government officials conspired with Osama bin Laden to cause "another Pearl Harbor" on September 11, 2001.  For the reasons set forth in the Magistrate Judge's Findings and Recommendations of October 30, 2014, plaintiff appears to be delusional, and his appeal appears to be frivolous.  Plaintiff's in forma pauperis status on appeal is therefore REVOKED.  See 28 U.S.C. § 1915(a)(3); Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002).

The Clerk of this court is hereby ordered to forward a copy of this Order to the Clerk of the United States Court of Appeals for the Ninth Circuit.

Dated:  July 27, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2